IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH J. NEHER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CV-07-1294-MA

JUDGMENT

Based on the ORDER AND OPINION filed herewith, IT IS ORDERED AND ADJUDGED that the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). This case is DISMISSED without prejudice.

Dated this 14 day of August, 2008.

Malcolm F. Marsh
United States District Judge

1- JUDGMENT