WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

*FILED'08 DEC 05 13:23USDC-ORP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DEBORAH NEHER,**                                          CV # 07-1294-MA

    Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security,**

    Defendant.

_____

      Attorney fees in the amount of $5,680.00 are hereby awarded to Plaintiff's attorney, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount

of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney

Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

      DATED this **5** day of **Dec** , 2008.

*Malcolm F. Marsh*
United States District Judge

Submitted on November 14, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1